IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                              Criminal Action No.
                                                 23-00229-01-CR-W-SRB

MICHAEL D. SIMMONS,

    Defendant.

# MEMORANDUM OF MATTERS DISCUSSED AND
# ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Stefan Hughes
    Defense:    Carie Allen

**OUTSTANDING MOTIONS**:    None

**ANTICIPATED MOTIONS**:    Defendant would file motions in limine if this case goes to trial.

**TRIAL WITNESSES**:
    Government: 5 with or without stipulations
    Defense: less than 3 additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
    Government: 10 exhibits
    Defense: 3 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial                (  ) Possibly for trial
    (  ) Motion to continue to be filed    ( x ) A change of plea hearing has been set

**TRIAL TIME**:  **2 days**
    Government's case including jury selection:    2 days
    Defense case: ½ day

**STIPULATIONS**:
- (  ) not likely
- (  ) not appropriate
- (  ) proposed as to:
  - (  ) chain of custody
  - (  ) chemist's reports
  - ( x ) prior felony conviction
  - ( x ) interstate nexus of firearm
  - (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: November 18, 2024
Defense: November 18, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: November 18, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: November 18, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing December 2, 2024
    **Please note**: *The AUSA has another case on the December docket, <u>USA v. Jayon Kimbrel</u>, 24-00068-01-CR-W-HFS, in which the first week of the docket has been requested. Government counsel has jury duty the second week of the docket.*

**OTHER**:
- (  ) A _____-speaking interpreter is required.
- (  ) Other assistive devices: _____

    **IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge